[Crim. No. 3235. In Bank.—May 15, 1929.]

In the Matter of the Application of JOHN TREANOR for Writ of Habeas Corpus.

O'Melveny, Tuller & Myers for Petitioner.

U. S. Webb, Attorney-General, and Charles A. Wetmore, Deputy Attorney-General, for Respondent.

THE COURT.— ▆ Upon the authority of the *Matter of Application of Battelle for Writ of Habeas Corpus*, filed May 14, 1929, *ante*, p. 227 [277 Pac. 725], the order for commitment herein is vacated and the petitioner discharged.